IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>TRAVIS TROTTER,<br><br>　　　　　　　Defendant. | 4:11-CR-3091<br><br>FINAL ORDER OF FORFEITURE |

　　　This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 78).

　　　On February 13, 2013, the Court entered a Preliminary Order of Forfeiture (filing 55) pursuant to 18 U.S.C. § 2253, based upon the defendant's plea of guilty to knowingly possessing or attempting to possess one or more items which contained visual depictions of minors engaged in sexually explicit conduct, in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2), and his admission of the forfeiture allegation contained in the indictment. Filings 48, 52, and 55. By way of the preliminary order of forfeiture, the defendant's interest in a 1GB HP memory stick, a COMPAQ Presario laptop (S/N:CND7132G1C) with power cable, and an Asus Eee Netbook (S/N:9A0AAS445241) with power cord was forfeited to the United States. Filing 55.

　　　As directed by the order, a Notice of Criminal Forfeiture was posted beginning on February 15, 2013, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 77) was filed on April 29, 2013. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

　　　IT IS ORDERED:

　　　1.　　The plaintiff's Motion for Final Order of Forfeiture (filing 78) is granted.

　　　2.　　All right, title, and interest in and to the 1GB HP memory stick, COMPAQ Presario laptop (S/N:CND7132G1C) with

  power cable, and Asus Eee Netbook (S/N:9A0AAS445241) with power cord held by any person or entity are forever barred and foreclosed.

3.  The property is forfeited to the plaintiff.

4.  The plaintiff is directed to dispose of the property in accordance with law.

Dated this 2nd day of May, 2013.

        BY THE COURT:

        *[signature]*
        John M. Gerrard
        United States District Judge